UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victor Fadayel<br><br>　　　　　　　　　Plaintiff(s)<br>v.<br>Home Depot U.S.A., Inc.<br>　　　　　　　　　Defendant(s) | CASE No C 4:24-cv-03679-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: 120 days from the date of order

Date: 12/3/2024    /s Issa J. Michael
　　　　　　　　　Attorney for Plaintiff
Date: 12/3/2024    Ganette Genetti
　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 12/4/2024    */s/ Haywood S. Gilliam, Jr.*
　　　　　　　　　U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019