UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR FADAYEL, | Case No. 24-cv-03679-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

A case management conference was held on December 3, 2024. Having considered the parties' proposal, *see* Dkt. No. 23, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | May 30, 2025 |
| Exchange of Opening Expert Reports | June 16, 2025 |
| Exchange of Rebuttal Expert Reports | June 30, 2025 |
| Close of Expert Discovery | July 14, 2025 |
| Dispositive Motion Hearing Deadline | August 28, 2025 at 2:00 p.m. |
| Pretrial Conference | October 28, 2025 at 3:00 p.m. |
| Jury Trial (5 days) | December 8, 2025 at 8:30 a.m. |

//
//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  December 4, 2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge